**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MANOKIA MUSONGE, Plaintiff, | : | Civil Action No.: 2:26-cv-04017-HB |
| v. | : | |
| T.D. JAKES FOUNDATION, Defendant. | : | |

## JOINT NOTICE OF SETTLEMENT

The Parties hereby give notice that the above-captioned matter has been settled. The Parties are in the process of finalizing the settlement agreement and completing the necessary settlement documents. The Parties anticipate filing a joint stipulation of dismissal promptly upon execution of the settlement agreement.

Respectfully submitted,

**BELL & BELL LLP**

/s/ Christopher A. Macey

Christopher A. Macey, Esquire
1617 John F. Kennedy Blvd Suite 1254
Philadelphia, PA 19103

*Counsel for Plaintiff*

Date: October 19, 2026

**KAUFMAN DOLOWICH LLP**

/s/ Gabrielle Talvacchia

Gabrielle Talvacchia, Esquire
One Liberty Place
1650 Market St., Suite 4800
Philadelphia, PA 19103

*Counsel for Defendant*

Date: October 19, 2026